AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of California

**FILED**

**JUL 12 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| OBED ALFONSO OBESO-CORTEZ | ) | Case No. |
| | ) | |
| | ) | **3   19   71051   MAG** |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 1, 2016___ in the county of ___Contra Costa___ in the ___Northern___ District of ___California___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry Following Removal |
| | Maximum 10 years term of imprisonment; maximum fine of $250,000; maximum term of supervised release of three yars, mandatory $100 special assessment |

This criminal complaint is based on these facts:

See attached Affidavit of Deportation Officer Christopher Howe in Support of Criminal Complaint.

☑ Continued on the attached sheet.

Approved as to form _[signature]_
SAUSA Alexandra Shepard

_____
*Complainant's signature*

Christopher Howe, ICE Deportation Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___July 12, 2019___

City and state: ___San Francisco, CA___

_____
*Judge's signature*

Hon. Thomas S. Hixson, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT OF DEPORTATION OFFICER CHRISTOPHER HOWE IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Howe, Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement, being duly sworn, hereby declare as follows:

### INTRODUCTION AND PURPOSE OF AFFIDAVIT

1.      This affidavit is being submitted in support of a criminal complaint and arrest warrant charging with unlawfully re-entering the United States after deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of 8 U.S.C. § 1326.

2.      Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that, on or after April 5, 2012, within the Northern District of California, Obed Alfonso OBESO-CORTEZ, an alien who had previously been excluded, deported or removed from the United States to Mexico, was found in the United States, without the Attorney General or the Secretary of the Department of Homeland Security having expressly consented to the defendant's application for admission into the United States, in violation of 8 U.S.C. § 1326.  The statements contained in this affidavit are based on information provided to me by law enforcement officers, immigration officers and agents, and immigration records, as well as my training, experience, and knowledge of this investigation.

### AGENT'S BACKGROUND AND EXPERTISE

3.      I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE") and have been so employed in this capacity since July 6, 2008.  I am currently assigned to the Violent Criminal Alien Section (VCAS) of the San Francisco District Office.  I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7).  I was trained as a Deportation Officer at the Federal Law Enforcement Training Center in Glynco, Georgia.

4.      As a Deportation Officer, I have conducted law enforcement duties to investigate, identify, locate arrest, detain, prosecute, and remove foreign nationals who pose a threat to national security and public safety. I have conducted complex investigations, executed arrests, prepared cases for removal proceedings, prosecution, and managed detention and removal of foreign nationals ordered removed from the United States by working with foreign, federal, state, and local law enforcement agencies.

**APPLICABLE LAW**

5.      Title 8, United States Code, Section 1326 provides criminal penalties for "any alien who (1) has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter (2) enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act."

**STATEMENT OF FACTS ESTABLISHING PROBABLE CAUSE**

6.      OBESO-CORTEZ is a thirty-five (35) year old male who has used two (2) aliases in the past.

7.      OBESO-CORTEZ is a native and citizen of Mexico since birth. He is not a United States citizen.

8.      OBESO-CORTEZ has been assigned the following identification numbers: Alien Registration number of A079 767 942; FBI number of 201356CC8; California Criminal Information Index number of CA29779937; Washington Criminal Information Index number of WA21787096; and DHS Fingerprint Identification Number (FINS) 14375908/13787182.

9.      On October 18, 2016, OBESO-CORTEZ was convicted in the Superior Court of California, County of Contra Costa in Martinez, CA, for Vehicle Manslaughter with Gross Negligence, in violation of the California Penal Code § 192(C)(1); Hit and Run: Driving Resulting in Death or Serious Injury to Another Person, in violation of California Vehicle Code § VC 20001(b)(1) (Case #51613918).  He was sentenced to seven years in prison.

10.      On April 16, 2009, OBESO-CORTEZ was convicted in the Superior Court of California, County of Contra Costa in Richmond, CA, for Driving under the Influence Alcohol/0.08 Percent (Case #023009651001), in violation of the California Penal Code § 23152(B).  He was sentenced to two days in jail and 3 years' probation.

11.      On July 11, 2003, OBESO-CORTEZ was convicted in Okanogan County, Washington, for Driving while License Suspended, in violation of the Washington Code § 46.20.342.  He was sentenced to ninety (90) days in jail (80 days suspended).

12.      On July 7, 2003, OBESO-CORTEZ was convicted in Benton County, Washington, for Driving while License Suspended, in violation of the Washington Code § 46.20.342.  He was sentenced to ninety (90) days in jail (88 days suspended).

13.     A review of OBESO-CORTEZ's immigration records show that on March 17, 2012, he was subject to a Notice and Order of Expedited Removal issued by the U.S. Border Patrol in Douglas, AZ.

14.     OBESO-CORTEZ was physically removed on the following occasions:

| DATE | PLACE OF DEPORTATION |
|------|----------------------|
| March 19, 2012 | Calexico, CA to Mexico |
| April 5, 2012 | Calexico, CA to Mexico |

15.     On February 1, 2016, OBESO-CORTEZ was found in the United States pursuant to his arrest by the Richmond Police Department and incarceration at Contra Costa County Sheriff's Office- Main Detention Facility, for Vehicle Manslaughter with Gross Negligence, in violation of the California Penal Code § 192(C)(1); Hit and Run: Death or Injury, in violation of California Vehicle Code § VC 20001(A) (Case #51613918).  On the same date, ICE placed Form I-247, Immigration Detainer – Notice of Action to the Contra Costa County Sheriff's Office.

16.     On June 20, 2019, OBESO-CORTEZ was released from California Department of Corrections and Rehabilitation – Chino, into ICE custody at San Bernardino, CA.  OBESO-CORTEZ was transported to the Northern District of California by ICE.

17.     On the same date, OBESO-CORTEZ's fingerprints were taken by ICE as part of the standard booking procedures. The fingerprints were electronically submitted to the California Department of Justice, National Crime Information Center/Next Generation Identification, and DHS/ICE databases.  Upon review of database information, it was determined that the fingerprints taken were associated with OBESO-CORTEZ's alien file, number A79 767 942, and therefore matched the individual who was deported on the previously-mentioned dates. On July 1, 2019, the DHS Biometric Support Center determined in Examination Report #1541-19 that the fingerprints taken matched the individual who was deported on the previously-mentioned dates.

18.     The District Records Manager of the San Francisco District, Citizenship and Immigration Services, DHS, or an agency employee acting at his direction, performed a search for records relating to OBESO-CORTEZ. On May 26, 2019, after a diligent search, no record was found to exist indicating that OBESO-CORTEZ obtained official consent from the Attorney General or the Secretary of Homeland Security at any time to reapply for admission into the United States.

## CONCLUSION

19.     For the reasons stated above, I believe there is probable cause to believe that, on or after April 5, 2012, Obed Alfonso OBESO-CORTEZ unlawfully re-entered the United States after deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of 8 U.S.C. § 1326.  I respectfully request that the Court issue the requested criminal complaint and arrest warrant.

Christopher Howe
Deportation Officer
Immigration and Customs Enforcement


Sworn to before me this 12 day of July 2019


HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

── **OFFENSE CHARGED** ──

8 U.S.C. 1326 - Illegal Reentry

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY: Maximum term of imprisonment: 10 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Mandatory $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

── **DEFENDANT - U.S** ──
▶ OBED ALFONSO OBESO-CORTEZ

DISTRICT COURT NUMBER

── **PROCEEDING** ──

Name of Complainant Agency, or Person (& Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    ALEXANDRA J. SHEPARD

── **DEFENDANT** ──

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
  ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed? ☐ No    give date filed

DATE OF ▶    Month/Day/Year
ARREST
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

── **ADDITIONAL INFORMATION OR COMMENTS** ──

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

ICE Custody -- San Francisco

Date/Time:    Before Judge:

Comments: