STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant, OBED OBESO CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     PLAINTIFF, <br> v. <br> OBED OBESO CORTEZ, <br>     DEFENDANT. | CR 19-329 RS <br><br> STIPULATION TO CONTINUANCE; ORDER |

IT IS HEREBY STIPULATED, by the parties to this action, that the sentencing date of December 3, 2019, be vacated and the matter re-set for December 17, 2019. The continuance is requested to allow defense counsel more time to gather mitigation.

DATED: November 26, 2019                 /S/
                                                            ELLEN V. LEONIDA
                                                            Assistant Federal Public Defender
                                                            Counsel for Defendant Parmer

DATED: November 26, 2019                 /S/
                                                            ALEXANDRA SHEPARD
                                                            Special Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to December 17, 2019 at 2:30 p.m., before the Honorable Richard Seeborg.

IT IS SO ORDERED.

DATED: 11/26/19

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE